IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EQUIVEST FINANCIAL, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv606-MHT |
| | ) | (WO) |
| JOHN JOSEPH BONICELLI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Plaintiff Equivest Financial, LLC, and defendant United States of America have filed a status report (doc. no. 31) stating that they have reached a settlement and that, once the settlement is put in final form, Equivest Financial, LLC will file a motion to dismiss the United States and a concurrent motion to remand this case back to state court. In light of the circumstances, it is ORDERED that all pending motions

are denied with leave to renew in state court after remand or in this court if there is no remand.

DONE, this the 25th day of September, 2019.

                            /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE