IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


EQUIVEST FINANCIAL, LLC,      )
                              )
      Plaintiff,              )
                              )         CIVIL ACTION NO.
      v.                      )          2:18cv606-MHT
                              )              (WO)
JOHN JOSEPH BONICELLI,        )
et al.,                       )
                              )
      Defendants.             )


### JUDGMENT

Based on the joint stipulation of dismissal (doc. no. 34), it is the ORDER, JUDGMENT, and DECREE of the court that all claims against defendant the United States are dismissed with prejudice, and defendant the United States is terminated as a party to this action. Each party shall bear its own costs. All claims against all other defendants remain.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 18th day of October, 2019.

                    /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE